**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:** 5/8/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

C.M., *on behalf of his minor child, G.M.*,

            Plaintiff,

    v.

NEW YORK CITY DEPARTMENT OF EDUCTION,

            Defendant.

No. 23-cv-3361 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    This case alleges claims under the Individuals with Disabilities Education Act, Title 20 U.S.C. § 1400 *et seq*. The parties are hereby ordered to submit a joint letter, no later than two weeks from the date of this order, indicating whether there is a need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

SO ORDERED.

Dated:    May 8, 2023
            New York, New York

                                                  Hon. Ronnie Abrams
                                                United States District Judge